UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br>1718 Connecticut Ave., NW<br>Suite 200<br>Washington, DC 20009<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>Washington, DC 20530<br><br>   Defendant | Civ. No. 1:13-cv-01961 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendant's Response, and the Entire Record, it is this ___ day of December, 2013;

ORDERED that Plaintiff's Motion is granted; and it is

FURTHER ORDERED that Defendant DOJ shall complete the processing of October 3, 2013 Freedom of Information Act request, and produce or identify all responsive records within 20 days of the date of this order; and it is

FURTHER ORDERED that Defendant DOJ shall provide Plaintiff with a document index and declaration, as specified in *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), stating Defendant's justification for the withholding of any documents responsive to Plaintiff's FOIA request within 30 days of the date of this order.

_____     _____
Date                     United States District Judge