CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER
_____
    Plaintiff(s)

Civil Action No. __13-01961__

vs.

UNITED STATES DEPARTMENT OF JUSTICE
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __AMIE L. STEPANOVICH__, hereby state that:

On the __16TH__ day of __DECEMBER__, __2013__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

United States Attorney for the District of Columbia c/o Civil Process Clerk 555 4th St. NW Washington, DC 20530

I have received the receipt for the certified mail, No. __70122920000004366952__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __20TH__ day of __DECEMBER__, __2013__.

I declare under penalty of perjury that the foregoing is true and correct.

__JANUARY 2, 2014__                                         _[signature]_
(Date)                                                         (Signature)