**USPS.COM**

Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code
Hold Mail
Change of Address

## USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70122920000004366952**

Expected Delivery Date: **December 17, 2013**

### Product & Tracking Information

**Postal Product:**         **Features:**
First-Class Mail®           Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 20, 2013, 11:03 am | Delivered | WASHINGTON, DC 20530 |
| December 20, 2013, 11:02 am | Available for Pickup | WASHINGTON, DC 20530 |
| December 20, 2013, 10:52 am | Arrival at Unit | WASHINGTON, DC 20018 |
| December 16, 2013, 4:21 pm | Dispatched to Sort Facility | WASHINGTON, DC 20009 |
| December 16, 2013, 3:57 pm | Acceptance | WASHINGTON, DC 20009 |

### Available Options
Email Updates

### Track Another Package
**What's your tracking (or receipt) number?**

[                                    ] Track It

---

LEGAL                  ON USPS.COM                            ON ABOUT.USPS.COM           OTHER USPS SITES
Privacy Policy ›       Government Services ›                   About USPS Home ›            Business Customer Gateway ›
Terms of Use ›         Buy Stamps & Shop ›                     Newsroom ›                   Postal Inspectors ›
FOIA ›                 Print a Label with Postage ›            USPS Service Alerts ›        Inspector General ›
No FEAR Act EEO Data › Customer Service ›                      Forms & Publications ›       Postal Explorer ›
                       Delivering Solutions to the Last Mile › Careers ›
                       Site Index ›

**USPS.COM**