

Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **70122920000004366945**

Expected Delivery Date: **December 17, 2013**

## Product & Tracking Information

**Postal Product:**          **Features:**
First-Class Mail®            Certified Mail™

## Available Options

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 20, 2013, 11:03 am | Delivered | WASHINGTON, DC 20530 |
| December 20, 2013, 11:02 am | Available for Pickup | WASHINGTON, DC 20530 |
| December 20, 2013, 10:52 am | Arrival at Unit | WASHINGTON, DC 20018 |
| December 16, 2013, 4:21 pm | Dispatched to Sort Facility | WASHINGTON, DC 20009 |
| December 16, 2013, 3:56 pm | Acceptance | WASHINGTON, DC 20009 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM