UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>1718 Connecticut Ave., NW )<br>Suite 200 )<br>Washington, DC 20009 )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>UNITED STATES DEPARTMENT OF JUSTICE )<br>Washington, DC 20530 )<br>   )<br>   Defendant ) | Civ. No. 1:13-cv-01961-KBJ |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Marc Rotenberg, Esquire as counsel in this case for Plaintiff, the Electronic Privacy Information Center ("EPIC").

    Respectfully submitted,

    MARC ROTENBERG, D.C. Bar # 422825
    EXECUTIVE DIRECTOR

    */s/ Amie L. Stepanovich*
    Amie L. Stepanovich, D.C. Bar # 1011950
    ELECTRONIC PRIVACY INFORMATION CENTER
    1718 Connecticut Avenue, N.W.
    Suite 200
    Washington, D.C. 20009
    (202) 483-1140 (telephone)
    (202) 483-1248 (facsimile)

    Counsel for Plaintiff

Dated:  January 3, 2014

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of January, 2014, a true copy of the foregoing Notice of Appearance was served via ECF on:

United States Department of Justice
Washington, D.C. 20530

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
555 4th St., NW
Washington, D.C. 20530

/s/ *Amie L. Stepanovich*
Amie L. Stepanovich