**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 13-cv-1961 (KBJ) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion for a Preliminary Injunction pursuant to Fed. R. Civ. P. 65(a), ECF No. 3.  For the reasons set forth in the Memorandum Opinion issued on the same day as this Order, it is hereby **ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **DENIED**; and it is

**FURTHER ORDERED** that the parties shall file a joint report on the status of defendant's response to the plaintiff's FOIA request by March 7, 2014.

DATE:  February 11, 2014

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge