# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY )<br>    INFORMATION CENTER, )<br>                                                      )<br>        Plaintiff, )<br>                                                      )<br>    v.                                             )<br>                                                      )<br>UNITED STATES )<br>    DEPARTMENT OF JUSTICE, )<br>                                                      )<br>        Defendant. )<br>_____) | Case No. 1:13-cv-01961-KBJ |

## JOINT STATUS REPORT

The parties, plaintiff the Electronic Privacy Information Center ("EPIC") and Defendant the United States Department of Justice ("DOJ"), by and through their undersigned counsel, respectfully provide this Joint Status Report pursuant to the Court's Minute Order dated March 10, 2014.  In that Order, the Court instructed the parties to report by this date "on the status of defendant's response to the plaintiff's FOIA request[.]"  *Id.*  The parties report as follows:

1. On March 18, 2014, defendant completed processing and produced to plaintiff certain documents responsive to Category 2 of plaintiff's FOIA request.  Those documents include the responsive portions of reports provided to Congressional committees pursuant to FISA, 50 U.S.C. § 1871.

2. Defendant has informed plaintiff that defendant believes, based on the information currently available, that, proceeding as quickly as practicable, defendant will require approximately four additional months to complete processing the balance of plaintiff's FOIA request.  Accordingly, defendant has informed plaintiff that defendant will complete processing

plaintiff's FOIA request on or before July 29, 2014, and will make at least one intermediate production of documents on or before May 29, 2014.

    3.    The parties will meet and confer further, and propose that they file a further Status Report informing the Court of the status of defendant's response to plaintiff's FOIA request and proposing dates for further proceedings, as appropriate, on or before August 12, 2014.

Dated March 28, 2014                  Respectfully submitted,

                                          MARC ROTENBERG, D.C. Bar # 422825
                                          EXECUTIVE DIRECTOR
                                          ELECTRONIC PRIVACY INFORMATION CENTER

                                          */s/ Alan Jay Butler*
                                          Alan J. Butler, D.C. Bar # 1012128
                                          Ginger McCall, D.C. Bar # 1001104
                                          ELECTRONIC PRIVACY INFORMATION CENTER
                                          1718 Connecticut Avenue, N.W.
                                          Suite 200
                                          Washington, D.C. 20009
                                          (202) 483-1140 (telephone)
                                          (202) 483-1248 (facsimile)

                                          *Counsel for Plaintiff*

                                          STUART F. DELERY
                                          Assistant Attorney General

                                          RONALD C. MACHEN
                                          United States Attorney
                                          ELIZABETH J. SHAPIRO
                                          Deputy Branch Director

                                          */s/ Steven Y. Bressler*
                                          STEVEN Y. BRESSLER
                                          Senior Counsel
                                          U.S. Department of Justice, Civil Division
                                          Ben Franklin Station, P.O. Box 833
                                          Washington, D.C.  20044
                                          (202) 305-0167
                                          Steven.Bressler@usdoj.gov

                                          *Counsel for Defendant*