# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY ) <br>    INFORMATION CENTER, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br>    DEPARTMENT OF JUSTICE, ) <br> ) <br>    Defendant. ) <br> _____) | Case No. 1:13-cv-01961-KBJ |

## INTERIM STATUS REPORT

Defendant the United States Department of Justice, by and through its undersigned counsel, respectfully updates the Court on the status of defendant's response to the plaintiff's Freedom of Information Act ("FOIA") request.

1. As the parties informed the Court on March 28, 2014 (ECF No. 17), defendant had previously informed plaintiff that defendant believed it would complete processing plaintiff's FOIA request on or before July 29, 2014. *See id.* ¶ 2.

2. Defendant made an interim production to plaintiff on May 29, 2014, and has made substantial progress toward completion of processing plaintiff's FOIA request, but that processing will not be complete on July 29. Defendant has processed the majority of responsive documents but, given the sensitivity of the documents and the need for defendant to release those portions that can be segregated and released without revealing classified or otherwise exempt information, defendant requires additional time to verify it is releasing properly segregable material but not releasing material that, *inter alia*, remains properly classified pursuant to

Executive Order and therefore exempt from release.  In addition, defendant requires additional time to finalize its determination of the classification of portions of certain documents.

3.　Defendant expects that defendant will complete processing plaintiff's FOIA request on or before August 8, 2014.

4.　The Court previously ordered the parties to file a joint status report and propose dates for further proceedings, as appropriate, on August 12, 2014.  *See* Minute Order dated March 31, 2014.

Dated July 28, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　STUART F. DELERY
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　RONALD C. MACHEN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　　Deputy Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ Steven Y. Bressler*
　　　　　　　　　　　　　　　　　　　STEVEN Y. BRESSLER
　　　　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　　　Ben Franklin Station, P.O. Box 833
　　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　　(202) 305-0167
　　　　　　　　　　　　　　　　　　　Steven.Bressler@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*