UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY ) <br> INFORMATION CENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:13-cv-01961-KBJ |

**NOTICE OF FILING SUPPLEMENTAL DECLARATION OF DAVID M. HARDY**

Due to an administrative error, the Declaration of David M. Hardy filed with defendant's Motion for Summary Judgment (ECF No. 22; *see also* ECF No. 23) did not address 19 documents listed on defendant's *Vaughn* index, which was submitted as an exhibit to the Declaration of Mark A. Bradley. As noted on the *Vaughn* index, the documents in question have been withheld in full pursuant to 5 U.S.C. § 552(b)(1), (3), & (7)(E). Defendant now files herewith a supplemental declaration of Mr. Hardy to explain the withholding of these documents under the rationales already explained in Mr. Hardy's first declaration. Undersigned counsel has discussed the inadvertent omission in Mr. Hardy's first declaration with counsel for plaintiff, and counsel for plaintiff stated that plaintiff still plans to file its cross-motion and opposition according to the current schedule.

//

//

Dated November 7, 2014                    Respectfully submitted,

                                                     JOYCE R. BRANDA
Acting Assistant Attorney General

RONALD C. MACHEN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

   */s/ Steven Y. Bressler*
STEVEN Y. BRESSLER
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

*Counsel for Defendant*