**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Case No. 1:13-cv-01961-KBJ |

**NOTICE OF LODGING OF DOCUMENTS FOR *IN CAMERA* REVIEW WITH THE CLASSIFIED INFORMATION SECURITY OFFICER**

Defendant, the United States Department of Justice, respectfully notifies the Court that the documents required for *in camera* review have been lodged with the Classified Information Security Officer. These documents include unredacted copies of the Semiannual Reports ("SARs") and Document 68 in full. The documents also include "read through" versions of the individual pages from within the SARs that contain the remaining challenged withholdings, which are highlighted and marked. Finally, the documents include the classified supplemental declarations of the Federal Bureau of Investigation and National Security Agency.

Dated March 18, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Caroline J. Anderson*
CAROLINE J. ANDERSON
Trial Counsel

U.S. Department of Justice, Civil Division
20 Massachusetts Ave NW, Room 7220
Washington, D.C.  20530
(202) 305-8645
Caroline.J.Anderson@usdoj.gov

*Counsel for Defendant*