**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-cv-1961 KBJ |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO VACATE THE COURT'S BRIEFING SCHEDULE AND TO SET A STATUS REPORT DEADLINE ON THE ISSUE OF ATTORNEY'S FEES AND COSTS**

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Department of Justice ("DOJ") jointly move the Court to vacate its current summary judgment briefing schedule in this Freedom of Information ("FOIA") case because the parties agree that there are no more substantive issues for the Court to decide. Additionally, and in light of that circumstance, the parties also request that the Court set a status report deadline of February 26, 2018 to allow the parties to engage in good faith discussions regarding attorney's fees and costs.

On November 7, 2017, the Court granted in part and denied in part DOJ's motion for summary judgment and denied EPIC's motion for summary judgment without prejudice with respect to the issues the Court identified in its opinion that needed to be further addressed by DOJ. *See* ECF No. 46, Memorandum Opinion ("Mem. Op."), at 37. Specifically, in that opinion, the Court ordered DOJ to address "certain inconsistencies in the redactions" that the Court identified in its *in camera* and *ex parte* review of submitted documents, *see id.* at 35, which DOJ did through an unclassified

declaration and related submission filed on December 21, 2017.  *See* ECF No. 50, Defendant's

Response to the Court's Order of November 7, 2017.[1]

In light of the DOJ's December 21 filing the parties conferred about whether EPIC intended

to challenge any of the remaining redactions and thus whether the summary judgment briefing the

Court ordered to begin on January 12 was necessary.  The parties determined that further summary

judgment briefing was not necessary.  EPIC does not intend to challenge any of the remaining

redactions in the documents submitted with the DOJ's filing on December 21, and nor does EPIC

intend to challenge any redactions not covered in the Court's November 7, 2017 Memorandum

Opinion.  As a result, the parties jointly move the Court to vacate the summary judgment briefing

schedule set forth in its Order, dated November 7, 2017.  *See* ECF No. 47.

Furthermore, in order to facilitate meaningful and good faith discussions regarding attorney's

fees and costs, the parties also jointly move the Court to set a deadline for the filing of a joint status

report in which they will report to the Court regarding the progress of these discussions.  The parties

propose to file such a report on or before February 26, 2018.

Based on the foregoing, the parties respectfully submit that the Court's summary judgment

briefing schedule should be vacated and a joint status report on the progress of discussions regarding

attorney's fees and costs be filed on or before February 26, 2018.

---

[1] In its November 7 order, the Court ordered that the Defendant's response be filed on or before December 9, 2017.  *See* Order at 1.  Defendant subsequently moved for an extension of that deadline to December 21, *see* Defendant's Unopposed Motion for an Extension of Time for Defendant to File Its Submissions in Response to the Court's Order of November 7, 2017, ECF No. 49, which the Court granted in a Minute Order, dated December 7, 2017.

Dated: January 11, 2018

Respectfully submitted,

| | |
|---|---|
| MARC ROTENBERG<br>EPIC President | CHAD A. READLER<br>Acting Assistant Attorney General |
| */s/ Alan Jay Butler*<br>ALAN JAY BUTLER<br>EPIC Senior Counsel<br>Electronic Privacy Information Center<br>1718 Connecticut Ave., NW<br>Suite 200<br>Washington, DC 20009<br>Phone: (202) 483-1140<br>Fax: (202) 483-1248<br>E-mail: butler@epic.org | ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ *Rodney Patton*<br>RODNEY PATTON<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7320<br>Washington, D.C.  20044<br>Phone: (202) 305-7919<br>Fax:    (202) 616-8470<br>E-mail:  rodney.patton@usdoj.gov |
| Counsel for Plaintiff | |
| | Counsel for Defendant |